**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01050-CR

**AARON HELLNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-63629-J**

## ORDER

We **GRANT** appellant's April 15, 2014 second motion to extend the time to file appellant's brief and order relief as follows.

We **ORDER** court reporter Kelly Bryant to file a supplemental reporter's record of the pretrial hearing in this case. The supplemental reporter's record shall be due **FOURTEEN DAYS** from the date of this order.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE